## MICHAEL MCCOY v. COMMISSIONER OF CORRECTION
## (AC 33351)

DiPentima, C. J., and Gruendel and Bishop, Js.

Submitted on briefs September 17—officially released October 9, 2012

Per Curiam. The appeal is dismissed.

## EDWARD WRIGHT v. COMMISSIONER OF CORRECTION
## (AC 33331)

DiPentima, C. J., and Gruendel and Espinosa, Js.

Submitted on briefs September 17—officially released October 9, 2012

Per Curiam. The appeal is dismissed.

## MATTHEW J. KWONG v. COMMISSIONER OF MOTOR VEHICLES
## (AC 34127)

Alvord, Bear and Flynn, Js.

Argued September 24—officially released October 9, 2012

Per Curiam. The judgment is affirmed.